Nancy K. Swift (SBN: 014910)
BUCHALTER
A Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Phone: 480.383.1800
Fax: 480.824.9400
Email: nswift@buchalter.com

Attorneys for Plaintiff McKesson Medical-Surgical Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

McKesson Medical-Surgical Inc., a Virginia corporation

Plaintiff,

v.

Custom Glass and Synthetic Design, LLC, a Wyoming limited liability company

Defendant.

Case No. _____

**COMPLAINT**

Plaintiff McKesson Medical-Surgical Inc. ("McKesson" or "Plaintiff"), by its undersigned counsel, as and for its Complaint, against Defendant Custom Glass and Synthetic Design, LLC ("Custom Glass" or "Defendant"), alleges as follows:

## PARTIES

1.     Plaintiff McKesson is a Virginia corporation with its principal place of business located at 9954 Mayland Drive, Richmond, Virginia 23233 and who is, and at all relevant times was, domiciled in, and a citizen of, the Commonwealth of Virginia.

2.     McKesson is informed and believes, and based thereon alleges, that Defendant Custom Glass was, at all times relevant herein, a Wyoming limited liability company, with its principal place of business at 3763 S. Hudson Place, Chandler, Arizona 85286.

3.     McKesson is informed and believes, and based thereon alleges, that the members of Custom Glass, Robert Moles and the Susan Cohn Family Trust are, and at all times relevant herein were, domiciled in, and citizens of, the State of Arizona.

## JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because McKesson and Custom Glass are of diverse citizenship and the matter in controversy exceeds the sum value of $75,000, exclusive of interest and costs.

5.     Custom Glass is subject to the personal jurisdiction of this Court because Custom Glass' principal place of business is located in Arizona.

6.     Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Custom Glass regularly transacts business in this District, Defendant resides in this District, and Defendant is subject to personal jurisdiction in this District.

## FIRST CLAIM FOR RELIEF

### BREACH OF WRITTEN CONTRACT

### (Against Defendant Custom Glass)

7.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 6, inclusive, of the Complaint as if those allegations were set forth herein.

8.     On or about April 27, 2020, Custom Glass applied, in writing, for credit with McKesson Corporation, and its affiliated companies which includes Plaintiff for the purchase of pharmaceutical products from McKesson for which Custom Glass agreed to be bound by the Standard Terms of Sale published by McKesson as shown on McKesson's invoices or statements or by any written agreement or terms of sale with McKesson governing Custom Glass's account. Further, Custom Glass agreed to pay for all purchases, fees and other charges incurred by Custom

1  Glass or an authorized user on account of Custom Glass, including service charges on past due
2  amounts at the highest rate permitted by law.  A redacted copy of Custom Glass's Customer
3  Application dated April 27, 2020 (the "Customer Application") is attached as **Exhibit 1**.  Based
4  thereon, McKesson extended credit to Custom Glass.

5       9.     Between November 19, 2020 and January 20, 2021, McKesson and Custom Glass
6  entered into a series of agreements evidenced by written invoices ("Invoices"), whereby McKesson
7  agreed to sell and Custom Glass agreed to purchase pharmaceutical products (collectively, the
8  "Goods").  A true and correct copy of the Invoices and an Account Statement for Custom Glass
9  dated June 30, 2021 is attached hereto respectively as **Exhibits 2 and 3**.  Between November 19,
10  2020 and February 19, 2021, McKesson shipped the Goods to Custom Glass pursuant to the
11  Invoices, for which Custom Glass received and accepted in good condition.  The Invoices, along
12  with the Customer Applications, are hereinafter collectively referred as the "Invoice Agreements."

13       10.     Custom Glass failed to make the Invoice payments when due and is in breach of the
14  terms of the Invoice Agreements.  As a proximate result of Custom Glass's breach, McKesson has
15  been damaged in the amount of $355,628.46.

16       11.     Although demand for payment has been made, Custom Glass failed and refused and
17  continues to fail and to refuse to pay to McKesson the amount due and owing on the Invoices.
18  There is now due, owing and unpaid to McKesson from Custom Glass the sum of $355,628.46,
19  together with interest from the due date of each Invoice and other fees and charges pursuant to the
20  terms of the Invoice Agreements, according to proof at time of trial or entry of judgment.

21       12.     The Invoice Agreements provide that Custom Glass agrees to pay all reasonable
22  attorney fees and expenses or costs incurred by McKesson in enforcing its rights to collect amounts
23  due therefrom.  McKesson has retained the law firm of Buchalter, A Professional Corporation and
24  is entitled to reasonable attorneys' fees and costs incurred in prosecuting this action.

25
26

13.     McKesson performed all of the promises, conditions and covenants it agreed to perform pursuant to the terms of the Invoice Agreements, except for those promises, conditions and covenants excused by the acts and omissions of Defendant.

## SECOND CLAIM FOR RELIEF

### GOODS SOLD AND DELIVERED

**(Against Defendant Custom Glass)**

14.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 6, inclusive, of the Complaint as if those allegations were set forth herein.

15.     Within the last four years, Defendant Custom Glass became indebted to Plaintiff for goods sold and delivered, which were of the reasonable and agreed value of $355,628.46.

16.     The whole of the said sum has not been paid, and there is now due, owing and unpaid from Custom Glass to Plaintiff the sum of not less than $355,628.46, together with interest at the legal rate, according to proof at time of trial of entry of judgment.

## THIRD CLAIM FOR RELIEF

### REASONABLE VALUE

**(Against Defendant Custom Glass)**

17.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 6, inclusive, of the Complaint as if those allegations were set forth herein.

18.     Within the last four years, Plaintiff sold and delivered goods to Defendant Custom Glass at said Defendant's special request, the reasonable value of which said Defendant then and there agreed to pay to Plaintiff.

19.     At the time of the sale and delivery, the aggregate reasonable value of the Goods was at least in the sum of $355,628.46. Although demand for payment has been made, the whole of said sum has not been paid, and there is now due, owing and unpaid from Custom Glass to Plaintiff the sum of not less than $355,628.46, together with interest at the legal rate, according to proof at time of trial or entry of judgment.

**FOURTH CLAIM FOR RELIEF**

**MONEY DUE**

**(Against Defendant Custom Glass)**

20.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 6, inclusive, of the Complaint as if those allegations were set forth herein.

21.     Within past four years, Defendant Custom Glass became indebted to Plaintiff in the sum of at least $355,628.46 for goods sold and delivered to said Defendant for the benefit of said Defendant by Plaintiff at said Defendant's request.

22.     No part of said sum has been paid, although payment has been demanded, and there is now due, owing and unpaid to Plaintiff from said Defendant the sum of $355,628.46, plus interest at the legal rate according to proof at time of trial or entry of judgment.

**FIFTH CLAIM FOR RELIEF**

**ACCOUNT STATED**

**(Against Defendant Custom Glass)**

23.     Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 6, inclusive, of the Complaint as if those allegations were set forth herein.

24.     Within the last four years, an account was stated in writing by and between Plaintiff and Defendant Custom Glass wherein it was agreed that said Defendant was indebted to Plaintiff in the sum of at least $355,628.46 for goods sold and delivered at said Defendant's special insistence and request.

25.     The whole of the above sum has not been paid, although demand therefor has been made.  There is now due, owing and unpaid to Plaintiff from Custom Glass the sum of not less than $355,628.46, together with interest at the legal rate according to proof at time of trial or entry of judgment.

1

## **PRAYER FOR RELIEF**

2    **WHEREFORE,** McKesson prays for judgment against Custom Glass as follows:

3    On the First Claim for Relief:

4    1.    For the sum of $355,628.46, together with interest and other fees and charges

5    pursuant to the Invoice Agreements, according to proof at time of trial or entry of judgment;

6    2.    For reasonable attorneys' fees;

7    On the Second, Third, Fourth and Fifth Claims for Relief:

8    For the sum of $355,628.46, together with interest at the legal rate according to proof at

9    time of trial or entry of judgment;

10    On All Claims for Relief:

11    3.    For costs of suit herein incurred; and

12    4.    For such other and further legal and equitable relief, including pre-judgment and

13    post-judgment interest, as the Court may deem just and proper.

14    DATED:  August 25, 2021                    BUCHALTER

15

16                            By:    /s/ Nancy K. Swift
                                   Nancy K. Swift
17                                 16435 North Scottsdale Road, Suite 440
                                   Scottsdale, AZ  85254-1754
18                                 Telephone: 480.383.1800
                                   Fax: 480.824.9400
19                                 Attorneys for Plaintiff
                                   McKesson Medical-Surgical, Inc.
20

21

22

23

24

25

26

# EXHIBIT 1

# EXHIBIT 1

# MCKESSON
*Empowering Healthcare*

McKesson Corporation or an affiliated company ("McKesson")

**CUSTOMER APPLICATION**
(Please print in block letters)

CD01-M   V.11-09

Type of Business: ☐ Surgery Center ☐ Primary Care ☐ Specialty ☐ Home Health ☐ Extended ☐ Long Term ☐ Pharmacy ☐ Closed Door ☐ Internet ☐ Mail Order ☐ Supplier ☐ Government ☑ Other_____

| custom glass and synthetic design, llc | www.superiorcuvette.com | | |
|---|---|---|---|
| **Legal Company Name** | **Website Address** | | **Federal Tax ID** |
| 3763 S. Hudson Place | chandler | AZ | 85286 |
| **Legal Address (Main Office)** | **City** | **State** | **Zip** |
| MARK COHN | MANAGER | 480-280-7134 | |
| **Contact Name we may call for questions regarding this application** | **Title** | **Phone** | |

| Billing / Statement Address (if different than Main Office) | City | State | Zip |
|---|---|---|---|
| MARK COHN    480-280-7134 | 480-452-0879 | MCOHN@IHCS.US | |
| **Accounts Payable Contact Person**    **Accounts Payable Telephone** | **Accounts Payable Fax** | **Accounts Payable Email** | |

**Shipping Information** ☐ If more than 1 Ship-to, please attach multiple Ship-to's Information

| Custom Glass | $ 30,000 | $ | 60386336 |
|---|---|---|---|
| **DBA or Business Trade Name of Account** | **Estimated Monthly Purchases**    **Initial Order** | | **Existing McKesson Acct#** |
| 0139 N. Get Around Drive | Maricopa | AZ | 85138 |
| **Ship to Address** | **City** | **State** | **Zip** |
| ROBERT MOLES    480-313-5032 | | MCOHN@IHCS.US | |
| **Ship to Contact Person**    **Ship to Telephone** | **Ship to Fax** | **Ship to Email** | |

1+    2019-000838146    DE    Has applicant, applicant's parent or affiliates ever filed for bankruptcy? ☑ No ☐ Yes, attach explanation
**Years in Business    State Org/Charter ID/License#    Name of State**

Ownership Type ☐ Proprietorship ☐ Partnership ☐ Limited Partnership ☑ LLC ☐ (S) Corp ☐ (C) Corp ☐ Professional Corp ☐ Non-Profit Corp

| Robert Moles and Susan Cohn Fam y Trust | 49/51 | |
|---|---|---|
| **Principal Owner(s) or Stockholder(s)** | **% Ownership(s)**    **Social Security Number(s)** | |

| **NAME OF CONTROLLING ENTITY (if any)** | Applicant's relationship to controlling entity    Phone | |
|---|---|---|
| **Address of Controlling Entity** | City    State    Zip | |

**REFERENCES**

| Chase | Wade Engebretson | (480) 890-6000 |
|---|---|---|
| **Primary Bank/Financial Institution**    **Account Number** | **Contact Name** | **Phone** |
| fedex | Gene Cavallero | 480-303-6886 |
| **Primary Supply Provider**    **Account Number** | **Contact Name** | **Phone** |
| music telco | Blaise Rayes | (602) 331-1234 |
| **Primary Technology Provider**    **Account Number** | **Contact Name** | **Phone** |

**Additional Information Required (if applicable, please attach these documents to this application):**
☑ Copy of Resale/Tax Exemption Certificate
☐ Copy of DEA Registration, State Pharmacy License, or Medical License    DEA#    HIN#    Medical License# & Name of State
☐ Copies of 3 most recent and consecutive primary supplier statements
☐ Annual Financial Statements for the past 2 years (including balance sheet, income statement, and cash flow statements)

This section applies to all "MCKESSON MEDICAL-SURGICAL INC., McKesson Medical-Surgical Minnesota Supply Inc., and Moore Medical LLC" accounts only
Invoices are due 30 days from  he date of invoice unless otherwise stated.  Actual payment terms extended may differ depending on credit approval and are due as printed on the invoice.  Please refer to the most recent invoice and statement for actual payment terms.  A 1.5% per month service charge (or the maximum permissible under applicable law, if lower) will be imposed on all past due balances.

McKesson Account Manager Melanie Morin    Territory ID_____

This section applies to all accounts with MCKESSON CORPORATION and its affiliated companies ("McKesson")
Customer agrees to abide by (i) standard terms of sale provided or made available by McKesson and/or shown on McKesson's invoices or statements and (ii) any written agreement or terms of sale with McKesson governing Customer's account.  Customer agrees to pay for all purchases, fees and other charges incurred by Customer or an authorized user on any account of Customer, including service charges on past due amounts at the highest rate permitted by law (including purchases shipped and/or billed to a third-party agent on behalf of Customer).  Any payment made after the net due date shall result in the loss of any prompt cash payment discount specified on the related invoice or statement and Customer shall pay the gross amount plus any applicable service charges.  Without limiting McKesson's other legal rights, McKesson may exercise a right of set-off against amounts due Customer from McKesson Corporation or any of its affiliates. McKesson reserves the right, in its sole discretion, to change a payment term (including imposing cash payment upon delivery), to limit total credit and/or to suspend or discontinue the shipment of any orders to Customer if McKesson concludes that (i) there has been a material adverse change in the Customer's financial condition or payment performance or (ii) Customer has ceased or is likely to cease to meet McKesson's credit requirements.

Customer represents that it is entitled to discounted prices from manufacturers as it has notified McKesson ("Contract Prices").  In consideration of McKesson allowing Customer to purchase products at Contract Prices,  Customer represents that McKesson will be paid by the appropriate manufacturer the difference between McKesson's acquisition price and the Contract Price ("Chargeback") and Customer will be liable to McKesson for any unpaid Chargeback if any manufacturer (i) denies a Chargeback for any reason, (ii)  makes an assignment for the benefit of creditors, files a petition in bankruptcy, is adjudicated insolvent or bankrupt, or if a receiver or trustee is appointed with respect to a substantial part of its property or a proceeding is begun which will substantially impair its ability to pay Chargebacks or (iii) fails to pay McKesson Chargebacks for any reason other than McKesson's gross negligence.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating due to race, color, religion, national origin, sex, marital status, age; or because all or part of the Customer's income is from any public assistance program; or the Customer, in good faith, exercises any right under the Consumer Credit Protection Act.  The Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580 administers compliance with this law.  Customer represents and warrants that Customer has read and understands this form and has reviewed the information provided in its entirety, including responses completed for Customer by a McKesson representative, and that all information is complete and correct.  Customer agrees that McKesson will be relying on such information and will notify McKesson of any material changes to such information.

Customer agrees to provide McKesson with financial statements upon request. Customer authorizes McKesson, its employees, representatives, and agents to (i) investigate information provided and Customer's credit, financial and banking records, (ii) obtain Customer's credit bureau report and (iii) share with its affiliates experiential and transactional information regarding Customer and Customer's account.  McKesson is authorized to retain information obtained as part of the application process whether or not the requested account and/or credit is granted. Customer agrees to pay all reasonable attorney fees and expenses or cost incurred by McKesson in enforcing its rights to collect amounts due from Customer.  This form and any account opened in favor of Customer are subject to credit approval by McKesson.

By signing be ow  the  undersigned authorized McKesson to order a consumer report related to the business principal(s) to determine credit eligibility.

| Mark Cohn | Manager | 4/27/20 |
|---|---|---|
| **Authorized Signature**    **Print Name** | **Title** | **Date** |

*(This form must be signed by a Corporate Officer, Partner, Owner or Authorized Agent)*

# EXHIBIT 2

# EXHIBIT 2

# MⁱKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Bill To:    60386336

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
3769 COMMERCE CENTER BLVD
BETHLEHEM, PA 18015
SHIPPED FROM LICENSE: W003344

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:                  1-800-755-2090

| Sales Order Number | 94157668 | Invoice Number | 20971563 |
|---|---|---|---|
| Sales Order Date | 01/31/2021 | Invoice Date | 02/09/2021 |
| PO Number | MARKCOHN20210131 | Payment Due Date | 03/11/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $10,359.95 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M | MASK, RESPIRATOR-DISP N95-INDU | 524 | BX | 524 | 19.77 | 10359.48 | .00 | |
| | Vend Cat#:  8210 | PO LN 1 | | | | | | | |
| | Tracking #  1Z88W8R40317594556 | 1Z88W8R40317594574 | 1Z88W8R40317594663 | | | | | | |
| | Tracking #  1Z88W8R40317594716 | 1Z88W8R40317594734 | 1Z88W8R40317594761 | | | | | | |
| | Tracking #  1Z88W8R40317594789 | 1Z88W8R40317594798 | 1Z88W8R40317594814 | | | | | | |
| | Tracking #  1Z88W8R40317594832 | 1Z88W8R40317594850 | 1Z88W8R40317594887 | | | | | | |
| | Tracking #  1Z88W8R40317594903 | 1Z88W8R40317594921 | 1Z88W8R40317594949 | | | | | | |
| | Tracking #  1Z88W8R40317595000 | 1Z88W8R40317595019 | 1Z88W8R40317596349 | | | | | | |
| | Shipped: 02/10/2021   From: Lehigh Valley   Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE      PO LN 2 | 1 | EA | 1 | .47 | .47 | .00 | |

---

**Invoice**

# MⁱKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20971563 | Date | 02/09/2021 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 03/11/2021 | | $10,359.95 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:    60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

| Invoice Number 20971563 | PO Number MARKCOHN20210131 | | | | | | Invoice Date | 02/09/2021 |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUB TOTAL | | FREIGHT | | TAX | | AMOUNT |
| | | | $10,359.95 | | $0.00 | | $0.00 | | $10,359.95 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
3769 COMMERCE CENTER BLVD
BETHLEHEM,PA 18015
SHIPPED FROM LICENSE: W003344

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:                    1-800-755-2090

| Sales Order Number | 92892444 | Invoice Number | 20981139 |
|---|---|---|---|
| Sales Order Date | 01/20/2021 | Invoice Date | 02/10/2021 |
| PO Number | MARKCOHN20210120 | Payment Due Date | 03/12/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $25,463.76 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M | MASK, RESPIRATOR-DISP N95-INDU | 161 | CS | 161 | 158.16 | 25463.76 | .00 | |
| | Vend Cat#:  8210 | PO LN 1 | | | | | | | |
| | Shipped: 02/10/2021  From: Lehigh Valley   Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $25,463.76 | $0.00 | $0.00 | $25,463.76 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

**Invoice**

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20981139 | Date | 02/10/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 03/12/2021 | | $25,463.76 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:                                          RCHAP6519

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 94772943 | Invoice Number | 21429945 |
| Sales Order Date | 02/04/2021 | Invoice Date | 02/23/2021 |
| PO Number | MARKCOHN20210204 | Payment Due Date | 03/25/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $92.66 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 586775 | Vendor:  CORFLX | ELBOW SPLINT, ULTR VENTRAL CUB | 1 | EA | 1 | 92.66 | 92.66 | .00 | |
| | Vend Cat#:  37-2292-000 | PO LN 1 | | | | | | | |
| | Tracking #   082001363310 | | | | | | | | |
| | Shipped: 02/23/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $92.66 | $0.00 | $0.00 | $92.66 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 21429945 | Date | 02/23/2021 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 03/25/2021 | | $92.66 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 97357003 | Invoice Number | 21611679 |
|---|---|---|---|
| Sales Order Date | 02/25/2021 | Invoice Date | 02/26/2021 |
| PO Number | MARKCOHN20210225 | Payment Due Date | 03/28/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $49,504.55 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 313 | CS | 313 | 158.16 | 49504.08 | .00 | |
| | Tracking #  082001365237 | | | | | | | | |
| | Shipped: 02/26/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE          PO LN 2 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $49,504.55 | $0.00 | $0.00 | $49,504.55 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

**Invoice**

RCHAP6519

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 21611679 | Date | 02/26/2021 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 03/28/2021 | | $49,504.55 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| Sales Order Number | 97518880 | Invoice Number | 21624270 |
|---|---|---|---|
| Sales Order Date | 02/26/2021 | Invoice Date | 02/26/2021 |
| PO Number | MARKCOHN20210226 | Payment Due Date | 03/28/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $119.09 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M | MASK, RESPIRATOR-DISP N95-INDU | 6 | BX | 6 | 19.77 | 118.62 | .00 | |
| | Vend Cat#:  8210 | PO LN 1 | | | | | | | |
| | Tracking #   082001365237 | | | | | | | | |
| | Shipped: 02/26/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE | 1 | EA | 1 | .47 | .47 | .00 | |
| | | PO LN 2 | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $119.09 | $0.00 | $0.00 | $119.09 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

**Invoice**

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 21624270 | Date | 02/26/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 03/28/2021 | | $119.09 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M⪽KESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:     60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:         1-800-755-2090

| Sales Order Number | 91514134 | Invoice Number | 21677749 |
|---|---|---|---|
| Sales Order Date | 01/09/2021 | Invoice Date | 03/01/2021 |
| PO Number | MARKCOHN20210109 | Payment Due Date | 03/31/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $1,103.27 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 888606 | Vendor: MOLDEX  Vend Cat#:  2201N95 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 2 | 3 | CS | 3 | 367.60 | 1102.80 | .00 | |
| | Tracking #  082001366893 | | | | | | | | |
| | Shipped: 03/01/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE  PO LN 4 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $1,103.27 | $0.00 | $0.00 | $1,103.27 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M⪽KESSON

**Invoice**

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 21677749 | Date | 03/01/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 03/31/2021 | | $1,103.27 |

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**          RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:      62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 95336126 | Invoice Number | 22266748 |
|---|---|---|---|
| Sales Order Date | 02/09/2021 | Invoice Date | 03/15/2021 |
| PO Number | MARKCOHN20210209 | Payment Due Date | 04/14/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $276.14 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 888606 | Vendor: MOLDEX Vend Cat#: 2201N95 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 2254 | BX | 9 | 30.63 | 275.67 | .00 | |
| | Tracking #   082001374917 | | | | | | | | |
| | Shipped: 03/15/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| 986416 | Vendor: 3MPERS Vend Cat#: 8110S | MASK, RESPIRATOR-DISP N95-INDU PO LN 2 | 11 | CS | 0 | 152.72 | .00 | .00 | |
| | | FUEL SURCHARGE PO LN 3 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $276.14 | $0.00 | $0.00 | $276.14 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 22266748 | Date | 03/15/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 04/14/2021 | | $276.14 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:     60386336

Shipped To:     62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 95336126 | Invoice Number | 22512902 |
|---|---|---|---|
| Sales Order Date | 02/09/2021 | Invoice Date | 03/19/2021 |
| PO Number | MARKCOHN20210209 | Payment Due Date | 04/18/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $306.30 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 888606 | Vendor:  MOLDEX Vend Cat#:   2201N95 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 10 | BX | 10 | 30.63 | 306.30 | .00 | |
| | Shipped: 03/19/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $306.30 | $0.00 | $0.00 | $306.30 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and
costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to this invoice and other discount documentation to government authorities on
request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for
discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 22512902 | Date | 03/19/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 04/18/2021 | | $306.30 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Bill To:    60386336

Shipped From:

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Shipped To:    62549202

CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 91514134 | Invoice Number | 22564788 |
| Sales Order Date | 01/09/2021 | Invoice Date | 03/22/2021 |
| PO Number | MARKCOHN20210109 | Payment Due Date | 04/21/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $367.60 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 888606 | Vendor: MOLDEX  Vend Cat#:  2201N95 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 2 | 1 | CS | 1 | 367.60 | 367.60 | .00 | |
| | Shipped: 03/22/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $367.60 | $0.00 | $0.00 | $367.60 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**Invoice**

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 22564788 | Date | 03/22/2021 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 04/21/2021 | | $367.60 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Pay Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 98142983 | Invoice Number | 22634446 |
|---|---|---|---|
| Sales Order Date | 03/03/2021 | Invoice Date | 03/23/2021 |
| PO Number | MARKCOHN20210303 | Payment Due Date | 04/22/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $10,280.87 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 65 | CS | 65 | 158.16 | 10280.40 | .00 | |
| | Tracking #   082001378515 | | | | | | | | |
| | Shipped: 03/23/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE PO LN 2 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $10,280.87 | $0.00 | $0.00 | $10,280.87 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 22634446 | Date | 03/23/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 04/22/2021 | | $10,280.87 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Credit Memo**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:   60386336

Shipped To:   62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295
Ordered By: EC5SP57

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 1153168 | Credit Number | 22936870 |
|---|---|---|---|
| Sales Order Date | 03/25/2021 | Credit Date | 03/30/2021 |
| PO Number | MARKCOHN20210303 | Original Invoice Number | 22634446 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Credit Amount | ($10,280.40) |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M Vend Cat#:   8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | -65 | CS | -65 | 158.16 | -10280.40 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | ($10,280.40) | $0.00 | $0.00 | ($10,280.40) |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount sale harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Credit Memo**

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 22936870 | Date | 03/30/2021 |
| | Terms | | | AR NET 30 DAYS |
| | | | | ($10,280.40) |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
************************************
   CREDIT MEMORANDUM
   DO NOT PAY

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**                                    RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295
Ordered By: AIRBRIDGE

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 85460369 | Invoice Number | 15899046 |
|---|---|---|---|
| Sales Order Date | 11/19/2020 | Invoice Date | 11/19/2020 |
| PO Number | PPE COMBO | Payment Due Date | 12/19/2020 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $139,262.39 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1166167 | Vendor: NBPCMP Vend Cat#: IG004 | GOWN, ISOLATION SMS 23G ELAS C PO LN 2 | 358 | CS | 358 | 389.00 | 139262.00 | .00 | |
| | Tracking # 082001314128 | | | | | | | | |
| | Shipped: 11/19/2020 From: Phoenix Via: ELITE DELIVERY SERVICES, INC. | | | | | | | | |
| | | FUEL SURCHARGE PO LN 4 | 1 | EA | 1 | .39 | .39 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $139,262.39 | $0.00 | $0.00 | $139,262.39 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 15899046 | Date | 11/19/2020 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 12/19/2020 | | $139,262.39 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Credit Memo**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295
Ordered By: MICHAEL

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:    1-800-755-2090

| Sales Order Number | 88207998 | Credit Number | 16800864 |
|---|---|---|---|
| Sales Order Date | 12/11/2020 | Credit Date | 12/15/2020 |
| PO Number | PPE COMBO | Original Invoice Number | 15899046 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Credit Amount | ($123,702.00) |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1166167 | Vendor: NBPCMP Vend Cat#:  IG004 | GOWN, ISOLATION SMS 23G ELAS C PO LN 2 | -358 | CS | -318 | 389.00 | -123702.00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | ($123,702.00) | $0.00 | $0.00 | ($123,702.00) |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Credit Memo**

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 16800864 | Date | 12/15/2020 |
| | Terms | | AR NET 30 DAYS |
| | | | ($123,702.00) |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
*****************************************
CREDIT MEMORANDUM
DO NOT PAY

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL SURGICAL (HOUSTON)
20710 HEMPSTEAD RD
HOUSTON,TX 77065
SHIPPED FROM LICENSE: W002752

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    60386338
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
21039 N GET AROUND DR
MARICOPA AZ  85138-3117

REGULATORY LICENSE: 40078

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 86408170 | Invoice Number | 17170169 |
| Sales Order Date | 11/29/2020 | Invoice Date | 12/28/2020 |
| PO Number | ROBERT MOLES | Payment Due Date | 01/27/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $331.18 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 341124 | Vendor:  BBRAUN<br>Vend Cat#:  473012 | EXT SET, STD BORE 30" (100/CS)<br>PO LN 2 | 2 | CS | 2 | 165.59 | 331.18 | .00 | |
| | Tracking #  1Z0868110323585429    1Z0868110323585438 | | | | | | | | |
| | Shipped: 12/28/2020  From: Houston  Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $331.18 | $0.00 | $0.00 | $331.18 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 17170169 | Date | 12/28/2020 |
| | Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | | 01/27/2021 | | $331.18 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    60386338
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
21039 N GET AROUND DR
MARICOPA AZ  85138-3117

REGULATORY LICENSE: 40078

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:    1-800-755-2090

| Sales Order Number | 90108757 | Invoice Number | 17235431 |
|---|---|---|---|
| Sales Order Date | 12/29/2020 | Invoice Date | 12/29/2020 |
| PO Number | BOB MOLES | Payment Due Date | 01/28/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $331.57 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 341124 | Vendor: BBRAUN Vend Cat#:   473012 | EXT SET, STD BORE 30" (100/CS) PO LN 1 | 2 | CS | 2 | 165.59 | 331.18 | .00 | |
| | Tracking #   1ZE3F6220338194167 | | | | | | | | |
| | Shipped: 12/29/2020   From: Phoenix | | | | | | | | |
| | | FUEL SURCHARGE PO LN 2 | 1 | EA | 1 | .39 | .39 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $331.57 | $0.00 | $0.00 | $331.57 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**Invoice**

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17235431 | Date | 12/29/2020 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 01/28/2021 | | $331.57 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 90230255 | Invoice Number | 17706428 |
|---|---|---|---|
| Sales Order Date | 12/30/2020 | Invoice Date | 01/12/2021 |
| PO Number | MARK COHEN | Payment Due Date | 02/11/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $9,291.90 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M  Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 470 | BX | 470 | 19.77 | 9291.90 | .00 | |

Shipped: 01/12/2021  From: Phoenix  Via: PRIVATE FLEET

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $9,291.90 | $0.00 | $0.00 | $9,291.90 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17706428 | Date | 01/12/2021 |
| Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | 02/11/2021 | | $9,291.90 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
7701 FOOTHILLS BLVD
ROSEVILLE,CA 95747
SHIPPED FROM LICENSE: W003096

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires 1-800-453-5180
Phone:
Customer Service Phone:        1-800-755-2090

| | | | |
|---|---|---|---|
| Sales Order Number | 83791701 | Invoice Number | 17836319 |
| Sales Order Date | 11/05/2020 | Invoice Date | 01/15/2021 |
| PO Number | MARKCOHN20201105 | Payment Due Date | 02/14/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $610.88 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 986416 | Vendor: 3M Vend Cat#: 8110S | MASK, RESPIRATOR-DISP N95-INDU PO LN 2 | 4 | CS | 4 | 152.72 | 610.88 | .00 | |
| 3448 bo | Shipped: 01/15/2021 From: Roseville  Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $610.88 | $0.00 | $0.00 | $610.88 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| | | | |
|---|---|---|---|
| Account Number | 60386336 | | |
| Document Number | 17836319 | Date | 01/15/2021 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 02/14/2021 | | $610.88 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES CA 90051-5320

# M<sup>C</sup>KESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Credit Memo**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295
Ordered By: REP

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 90109042 | Credit Number | 20053896 |
|---|---|---|---|
| Sales Order Date | 12/29/2020 | Credit Date | 01/18/2021 |
| PO Number | PPE COMBO PACK | Original Invoice Number | 15656460 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Credit Amount | ($42,967.68) |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1164068 | Vendor:  NBPCMP Vend Cat#:  MM CS015-20 | MASK, RESPIRATOR-DISP N95-MEDI PO LN 1 | -716 | BX | -708 | 60.71 | -42982.68 | .00 | |
| | | MCKESSON RESTOCKING CHARGE PO LN 2 | 1 | EA | 1 | 15.00 | 15.00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | ($42,967.68) | $0.00 | $0.00 | ($42,967.68) |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

**Credit Memo**

# M<sup>C</sup>KESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 20053896 | Date | 01/18/2021 |
| | Terms | | | AR NET 30 DAYS |
| | | | | ($42,967.68) |

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
**************************************
CREDIT MEMORANDUM
DO NOT PAY

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:   60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

## Invoice

### Page 1 of 1

Shipped From:                                    RCHAP6519

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Shipped To:   62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| Sales Order Number | 92800319 | Invoice Number | 20150756 |
|---|---|---|---|
| Sales Order Date | 01/19/2021 | Invoice Date | 01/20/2021 |
| PO Number | MARKCOHN20210120 | Payment Due Date | 02/19/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $119.09 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M  Vend Cat#:   8210 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 1 | 6 | BX | 6 | 19.77 | 118.62 | .00 | |
| | Tracking #   1ZE3F6220338467863      1ZE3F6220338477610 | | | | | | | | |
| | Shipped: 01/20/2021  From: Phoenix   Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE  PO LN 2 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $119.09 | $0.00 | $0.00 | $119.09 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

## Invoice

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20150756 | Date | 01/20/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 02/19/2021 | | $119.09 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| | |
|---|---|
| Sales Order Number | 92892444 |
| Sales Order Date | 01/20/2021 |
| PO Number | MARKCOHN20210120 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE |

| | |
|---|---|
| Invoice Number | 20166690 |
| Invoice Date | 01/20/2021 |
| Payment Due Date | 02/19/2021 |
| Invoice Amount | $9,964.55 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M | MASK, RESPIRATOR-DISP N95-INDU | 224 | CS | 63 | 158.16 | 9964.08 | .00 | |
| | Vend Cat#:  8210 | PO LN 1 | | | | | | | |
| | Tracking #   082001345107 | | | | | | | | |
| | Shipped: 01/20/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE | 1 | EA | 1 | .47 | .47 | .00 | |
| | | PO LN 2 | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $9,964.55 | $0.00 | $0.00 | $9,964.55 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

| | | | |
|---|---|---|---|
| Account Number | 60386336 | | |
| Document Number | 20166690 | Date | 01/20/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 02/19/2021 | | $9,964.55 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL SURGICAL (HOUSTON)
20710 HEMPSTEAD RD
HOUSTON, TX 77065
SHIPPED FROM LICENSE: W002752

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:         1-800-755-2090

| Sales Order Number | 91514134 | Invoice Number | 20239415 |
|---|---|---|---|
| Sales Order Date | 01/09/2021 | Invoice Date | 01/22/2021 |
| PO Number | MARKCOHN20210109 | Payment Due Date | 02/21/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $250.40 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 986416 | Vendor: 3M  Vend Cat#:  8110S | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 11 | CS | 0 | 152.72 | .00 | .00 | |
| 888606 | Vendor: MOLDEX  Vend Cat#:  2201N95 | MASK, RESPIRATOR-DISP N95-INDU PO LN 2 | 191 | CS | 0 | 367.60 | .00 | .00 | |
| 1094550 | Vendor: MOLDEX  Vend Cat#:  M2600N95 | MASK, RESPIRATOR-DISP N95-INDU PO LN 3 | 10 | BX | 10 | 25.04 | 250.40 | .00 | |
| | Tracking #   1Z0868110323945076 | | | | | | | | |
| | Shipped: 01/22/2021  From: Houston  Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE PO LN 4 | 1 | EA | 0 | .47 | .00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $250.40 | $0.00 | $0.00 | $250.40 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20239415 | Date | 01/22/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/21/2021 | | $250.40 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit to:**
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    60386338
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
21039 N GET AROUND DR
MARICOPA AZ  85138-3117

REGULATORY LICENSE:  40078

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:        1-800-755-2090

| Sales Order Number | 93392664 | Invoice Number | 20329007 |
|---|---|---|---|
| Sales Order Date | 01/25/2021 | Invoice Date | 01/25/2021 |
| PO Number | ROBERT MOLES | Payment Due Date | 02/24/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $266.53 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1145605 | Vendor:  BBRAUN  Vend Cat#:    477018 | EXTENSION SET, STD BORE W/ROLL  PO LN 1 | 4 | CS | 4 | 58.55 | 234.20 | .00 | |
| | Tracking #   1ZE3F6220338534512 | | | | | | | | |
| | Shipped: 01/25/2021  From: Phoenix | | | | | | | | |
| 765875 | Vendor:  MGM14  Vend Cat#:   14-6976C | GLOVE, EXAM NTRL MED N/S CHEMO  PO LN 2 | 1 | BX | 1 | 31.86 | 31.86 | .00 | |
| | Tracking #   1ZE3F6220338535799 | | | | | | | | |
| | Shipped: 01/25/2021  From: Phoenix | | | | | | | | |
| | | FUEL SURCHARGE        PO LN 3 | 1 | EA | 1 | .47 | .47 | .00 | |

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 20329007 | Date | 01/25/2021 |
| | Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | | 02/24/2021 | | $266.53 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# MᶜKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:        60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
21039 N GET AROUND DR
MARICOPA AZ  85138-3117

REGULATORY LICENSE:  40078

| Invoice Number 20329007 | PO Number ROBERT MOLES | Invoice Date 01/25/2021 |
| --- | --- | --- |

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | SUB TOTAL | | FREIGHT | | TAX | AMOUNT |
| | | | | $266.53 | | $0.00 | | $0.00 | $266.53 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Shipped From:

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:   60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:   62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 93373721 | Invoice Number | 20332523 |
|---|---|---|---|
| Sales Order Date | 01/25/2021 | Invoice Date | 01/25/2021 |
| PO Number | MARKCOHN20210125 | Payment Due Date | 02/24/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $31.76 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 413490 | Vendor: DJORTH  Vend Cat#: 79-84027 | ARM SLING, CLINIC CTN/POLY LG          PO LN 1 | 1 | PK | 1 | 18.44 | 18.44 | .00 | |
| | Tracking #   082001347023 | | | | | | | | |
| | Shipped: 01/25/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| 285446 | Vendor: DJORTH  Vend Cat#: 79-84300 | ARM SLING, UNIV CTN/POLY          PO LN 2 | 1 | EA | 1 | 5.85 | 5.85 | .00 | |
| | Tracking #   082001347023 | | | | | | | | |
| | Shipped: 01/25/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE          PO LN 3 | 1 | EA | 1 | .47 | .47 | .00 | |

| | HANDLING | COLD CHAIN | HAZMAT | BULK | STD/EXP FRT |
|---|---|---|---|---|---|
| | $7.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# McKESSON

**Invoice**

RCHAP6519

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20332523 | Date | 01/25/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 02/24/2021 | | $31.76 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# MCKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:    60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

| Invoice Number  20332523 | PO Number MARKCOHN20210125 | Invoice Date    01/25/2021 |
|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUB TOTAL | | FREIGHT | | TAX | | AMOUNT |
| | | | $24.76 | | $7.00 | | $0.00 | | $31.76 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M**c**KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE, AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:     60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:     62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:           1-800-755-2090

| Sales Order Number | 93301052 | Invoice Number | 20340118 |
|---|---|---|---|
| Sales Order Date | 01/24/2021 | Invoice Date | 01/25/2021 |
| PO Number | MARKCOHN20210124 | Payment Due Date | 02/24/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $81,640.00 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1182130 | Vendor: 3M  Vend Cat#:  9010 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 2000 | BX | 2000 | 40.82 | 81640.00 | .00 | |
| | Tracking #   082001347023 | | | | | | | | |
| | Shipped: 01/25/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $81,640.00 | $0.00 | $0.00 | $81,640.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**Invoice**

# M**c**KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20340118 | Date | 01/25/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/24/2021 | | $81,640.00 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# MᶜKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 1 of 1**   RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC(KANSAS CTY
1405 N. CHOUTEAU
KANSAS CITY,MO 64120
SHIPPED FROM LICENSE: W001648

Bill To:   60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:   62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 93478252 | Invoice Number | 20352298 |
|---|---|---|---|
| Sales Order Date | 01/25/2021 | Invoice Date | 01/26/2021 |
| PO Number | MARKCOHN20210126 | Payment Due Date | 02/25/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $289.88 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 382499 | Vendor:  3M  Vend Cat#:  FT-30 | FIT TEST APPARATUS KIT, BITTER           PO LN 1 | 1 | EA | 1 | 289.88 | 289.88 | .00 | |
| | Tracking #   1Z2R57A30358361215 | | | | | | | | |
| | Shipped: 01/26/2021  From: Kansas City   Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $289.88 | $0.00 | $0.00 | $289.88 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MᶜKESSON

**Invoice**

RCHAP6519

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20352298 | Date | 01/26/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 02/25/2021 | | $289.88 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

**Page 1 of 2**

RCHAP6519

Shipped From:

MCKESSON MEDICAL SURGICAL (ROCH)
2404 INNOVATION WAY
ROCHESTER,NY 14624

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:                    1-800-755-2090

| Sales Order Number | 89431882 | Invoice Number | 17049504 |
|---|---|---|---|
| Sales Order Date | 12/22/2020 | Invoice Date | 12/22/2020 |
| PO Number | MARKCOHN20201222 | Payment Due Date | 01/21/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $14,076.63 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#: 8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 89 | CS | 89 | 158.16 | 14076.24 | .00 | |
| | Tracking # 1ZY753710321740569 | 1ZY753710321740578 | 1ZY753710321740587 | | | | | | |
| | Tracking # 1ZY753710321740596 | 1ZY753710321740603 | 1ZY753710321740612 | | | | | | |
| | Tracking # 1ZY753710321740621 | 1ZY753710321740630 | 1ZY753710321740649 | | | | | | |
| | Tracking # 1ZY753710321740658 | 1ZY753710321740667 | 1ZY753710321740676 | | | | | | |
| | Tracking # 1ZY753710321740685 | 1ZY753710321740694 | 1ZY753710321740701 | | | | | | |
| | Tracking # 1ZY753710321740710 | 1ZY753710321740729 | 1ZY753710321740738 | | | | | | |
| | Tracking # 1ZY753710321740747 | 1ZY753710321740756 | 1ZY753710321740765 | | | | | | |
| | Tracking # 1ZY753710321740774 | 1ZY753710321740783 | 1ZY753710321740792 | | | | | | |
| | Tracking # 1ZY753710321740809 | 1ZY753710321740818 | 1ZY753710321740827 | | | | | | |
| | Tracking # 1ZY753710321740836 | 1ZY753710321740845 | 1ZY753710321740854 | | | | | | |
| | Tracking # 1ZY753710321740863 | 1ZY753710321740872 | 1ZY753710321740881 | | | | | | |
| | Tracking # 1ZY753710321740890 | 1ZY753710321740907 | 1ZY753710321740916 | | | | | | |

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17049504 | Date | 12/22/2020 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 01/21/2021 | | $14,076.63 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 2 of 2**

RCHAP6519

Bill To:    60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

| Invoice Number 17049504 | PO Number MARKCOHN20201222 | Invoice Date | 12/22/2020 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | Tracking # 1ZY753710321741237 | 1ZY753710321741246 | 1ZY753710321741255 | | | | | | |
| | Tracking # 1ZY753710321741264 | 1ZY753710321741273 | 1ZY753710321741282 | | | | | | |
| | Tracking # 1ZY753710321741291 | 1ZY753710321741308 | 1ZY753710321741317 | | | | | | |
| | Tracking # 1ZY753710321741326 | 1ZY753710321741335 | 1ZY753710321741344 | | | | | | |
| | Tracking # 1ZY753710321741424 | 1ZY753710321741433 | 1ZY753710321741442 | | | | | | |
| | Tracking # 1ZY753710321741451 | 1ZY753710321741460 | 1ZY753710321741479 | | | | | | |
| | Tracking # 1ZY753710321741488 | 1ZY753710321741497 | 1ZY753710321741504 | | | | | | |
| | Tracking # 1ZY753710321741513 | 1ZY753710321741522 | 1ZY753710321741531 | | | | | | |
| | Tracking # 1ZY753710321741540 | 1ZY753710321741559 | 1ZY753710321741568 | | | | | | |
| | Tracking # 1ZY753710321741577 | 1ZY753710321741586 | 1ZY753710321741595 | | | | | | |
| | Tracking # 1ZY753710321741602 | 1ZY753710321741611 | 1ZY753710321741620 | | | | | | |
| | Tracking # 1ZY753710321741639 | 1ZY753710321741648 | 1ZY753710321741657 | | | | | | |
| | Tracking # 1ZY753710321741666 | 1ZY753710321741675 | 1ZY753710321741684 | | | | | | |
| | Tracking # 1ZY753710321741693 | 1ZY753710321741700 | 1ZY753710321741719 | | | | | | |
| | Tracking # 1ZY753710321741728 | 1ZY753710321741737 | 1ZY753710321741746 | | | | | | |
| | Tracking # 1ZY753710321741755 | 1ZY753710321741764 | 1ZY753710321741773 | | | | | | |
| | Tracking # 1ZY753710321741782 | 1ZY753710321741791 | 1ZY753710321741808 | | | | | | |
| | Tracking # 1ZY753710321741817 | 1ZY753710321742558 | | | | | | | |
| | Shipped: 12/22/2020   From: Rochester   Via: UPS GROUND | | | | | | | | |
| | FUEL SURCHARGE | PO LN 2 | 1 | EA | 1 | .39 | .39 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $14,076.63 | $0.00 | $0.00 | $14,076.63 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE, AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| Sales Order Number | 89169287 | Invoice Number | 17006156 |
|---|---|---|---|
| Sales Order Date | 12/20/2020 | Invoice Date | 12/21/2020 |
| PO Number | MARKCOHN20201221 | Payment Due Date | 01/20/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $10,597.11 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU | 249 | CS | 67 | 158.16 | 10596.72 | .00 | |
| | | PO LN 1 | | | | | | | |
| | Tracking #   082001331361 | | | | | | | | |
| | Shipped: 12/21/2020  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE | 1 | EA | 1 | .39 | .39 | .00 | |
| | | PO LN 2 | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $10,597.11 | $0.00 | $0.00 | $10,597.11 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 17006156 | Date | 12/21/2020 |
| | Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | | 01/20/2021 | | $10,597.11 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:    60386336

# Finance Charge Invoice
Page: 1 of 2

Payment / Account Balance
Inquiries Phone:          1-800-453-5180

Customer Service Phone:  1-800-755-2090

| Customer Reference | |
| --- | --- |
| Document Number | 11549335 |
| Due Date | 02/28/2021 |
| Document Amount | $226.49 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

RCHAP6519

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/content/terms-of-sale-primary-care.
Customer is responsible for reviewing the Terms of Sale in full.

| Reason Code | Description | Amount |
| --- | --- | --- |
| | Finance Charge | 226.49 |

| Document Number | Type | Doc. Date | Due Date | Reference |
| --- | --- | --- | --- | --- |
| 17677771 | RI | 01/12/2021 | 02/11/2021 | MARKCOHN20201105 |
| 17706428 | RI | 01/12/2021 | 02/11/2021 | MARK COHEN |
| 16800864 | RM | 12/15/2020 | 12/15/2020 | PPE COMBO |
| 17836319 | RI | 01/15/2021 | 02/14/2021 | MARKCOHN20201105 |
| 15899046 | RI | 11/19/2020 | 12/19/2020 | PPE COMBO |
| 20150756 | RI | 01/20/2021 | 02/19/2021 | MARKCOHN20210120 |
| 20166690 | RI | 01/20/2021 | 02/19/2021 | MARKCOHN20210120 |
| 20239415 | RI | 01/22/2021 | 02/21/2021 | MARKCOHN20210109 |
| 20329007 | RI | 01/25/2021 | 02/24/2021 | ROBERT MOLES |
| 20332523 | RI | 01/25/2021 | 02/24/2021 | MARKCOHN20210125 |
| 20340118 | RI | 01/25/2021 | 02/24/2021 | MARKCOHN20210124 |
| 20352298 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210126 |
| 20378006 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210124 |

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

# Finance Charge Invoice

RCHAP6519

| Account Number | 60386336 |
| --- | --- |
| Document Number | 11549335 |
| Date | 02/28/2021 |
| Amount | $226.49 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

Please Remit To:

MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES   CA  90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Finance Charge
Invoice**
Page: 2 of 2

Bill To:    60386336

| Reason Code | Description | | Amount |
|---|---|---|---|
| | Finance Charge | | |

| Document Number | Type | Doc. Date | Due Date | Reference |
|---|---|---|---|---|
| 17260475 | RI | 12/30/2020 | 01/29/2021 | MARKCOHN20201221 |
| 20384042 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210124 |
| 17170169 | RI | 12/28/2020 | 01/27/2021 | ROBERT MOLES |
| 17235431 | RI | 12/29/2020 | 01/28/2021 | BOB MOLES |
| 17170000 | RI | 12/28/2020 | 01/27/2021 | ROBERT MOLES |
| 17635628 | RI | 01/11/2021 | 02/10/2021 | MARKCOHN20201104 |
| 17006156 | RI | 12/21/2020 | 01/20/2021 | MARKCOHN20201221 |
| 17049504 | RI | 12/22/2020 | 01/21/2021 | MARKCOHN20201222 |
| 16955735 | RI | 12/18/2020 | 01/17/2021 | MIKE |
| 17546136 | RI | 01/07/2021 | 02/06/2021 | MARKCOHN20201221 |
| 17566973 | RI | 01/08/2021 | 02/07/2021 | MARKCOHN20201218 |
| 17597579 | RI | 01/08/2021 | 02/07/2021 | MARK COHEN |
| 20053896 | RM | 01/18/2021 | 01/18/2021 | PPE COMBO PACK |

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:    1-800-755-2090

| Sales Order Number | 89006398 | Invoice Number | 16955735 |
|---|---|---|---|
| Sales Order Date | 12/18/2020 | Invoice Date | 12/18/2020 |
| PO Number | MIKE | Payment Due Date | 01/17/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $5,061.51 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 32 | CS | 32 | 158.16 | 5061.12 | .00 | |
| | Tracking #  082001330511 | | | | | | | | |
| | Shipped: 12/18/2020  From: Phoenix | | | | | | | | |
| | | FUEL SURCHARGE PO LN 2 | 1 | EA | 1 | .39 | .39 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $5,061.51 | $0.00 | $0.00 | $5,061.51 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 16955735 | Date | 12/18/2020 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 01/17/2021 | | $5,061.51 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 90230255 | Invoice Number | 17597579 |
|---|---|---|---|
| Sales Order Date | 12/30/2020 | Invoice Date | 01/08/2021 |
| PO Number | MARK COHEN | Payment Due Date | 02/07/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $1,067.97 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 524 | BX | 54 | 19.77 | 1067.58 | .00 | |
| | Tracking #   1ZE3F6220338304109     1ZE3F6220338304896     1ZE3F6220338304930 | | | | | | | | |
| | Shipped: 01/08/2021   From: Phoenix   Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE PO LN 2 | 1 | EA | 1 | .39 | .39 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $1,067.97 | $0.00 | $0.00 | $1,067.97 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17597579 | Date | 01/08/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 02/07/2021 | | $1,067.97 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Bill To:**    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

**Page 1 of 1**

Shipped From:

MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Shipped To:      62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 89169287 | Invoice Number | 17260475 |
|---|---|---|---|
| Sales Order Date | 12/20/2020 | Invoice Date | 12/30/2020 |
| PO Number | MARKCOHN20201221 | Payment Due Date | 01/29/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $948.96 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor:  AME3M  Vend Cat#:   8210 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 1 | 6 | CS | 6 | 158.16 | 948.96 | .00 | |

Shipped: 12/30/2020  From: Phoenix   Via: PRIVATE FLEET

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $948.96 | $0.00 | $0.00 | $948.96 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17260475 | Date | 12/30/2020 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 01/29/2021 | | $948.96 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
4250 PATRIOT DRIVE, STE 100
GRAPEVINE,TX 76051
SHIPPED FROM LICENSE: W001101

RCHAP6519

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| | | | |
|---|---|---|---|
| Sales Order Number | 89043065 | Invoice Number | 17566973 |
| Sales Order Date | 12/18/2020 | Invoice Date | 01/08/2021 |
| PO Number | MARKCOHN20201218 | Payment Due Date | 02/07/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $1,154.48 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 440551 | Vendor:  MOLDEX Vend Cat#:  0102 | TEST KIT, FIT BITREX QUALITATI PO LN 1 | 4 | KT | 4 | 288.62 | 1154.48 | .00 | |
| | Tracking #   1Z7E08560337514871 | | | | | | | | |
| | Shipped: 01/08/2021  From: Dallas  Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $1,154.48 | $0.00 | $0.00 | $1,154.48 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| | | | |
|---|---|---|---|
| Account Number | 60386336 | | |
| Document Number | 17566973 | Date | 01/08/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/07/2021 | | $1,154.48 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
7701 FOOTHILLS BLVD
ROSEVILLE,CA 95747
SHIPPED FROM LICENSE: W003096

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:         1-800-755-2090

| | |
|---|---|
| Sales Order Number | 83791701 |
| Sales Order Date | 11/05/2020 |
| PO Number | MARKCOHN20201105 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE |

| | |
|---|---|
| Invoice Number | 17677771 |
| Invoice Date | 01/12/2021 |
| Payment Due Date | 02/11/2021 |
| Invoice Amount | $1,069.04 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 986416 | Vendor:  3M Vend Cat#:  8110S | MASK, RESPIRATOR-DISP N95-INDU PO LN 2 | 7 | CS | 7 | 152.72 | 1069.04 | .00 | |

Tracking #   1Z7RY2290323337854    1Z7RY2290323337916

Shipped: 01/12/2021  From: Roseville  Via: UPS GROUND

3448 bo

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $1,069.04 | $0.00 | $0.00 | $1,069.04 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M<sup>c</sup>KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| | | | |
|---|---|---|---|
| Account Number | 60386336 | | |
| Document Number | 17677771 | Date | 01/12/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/11/2021 | | $1,069.04 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# M°KESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
3769 COMMERCE CENTER BLVD
BETHLEHEM,PA 18015
SHIPPED FROM LICENSE: W003344

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:    1-800-755-2090

| | | | |
|---|---|---|---|
| **Sales Order Number** | 83588462 | **Invoice Number** | 17635628 |
| **Sales Order Date** | 11/04/2020 | **Invoice Date** | 01/11/2021 |
| **PO Number** | MARKCOHN20201104 | **Payment Due Date** | 02/10/2021 |
| **Sales Rep Name** | MORIN, MELANIE KELLY LUKE | **Invoice Amount** | $1,470.40 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 888606 | Vendor:  MOLDEX<br>Vend Cat#:  2201N95 | MASK, RESPIRATOR PARTICULATE N<br>PO LN 1 | 187 | CS | 0 | 292.28 | .00 | .00 | |
| | | FUEL SURCHARGE<br>PO LN 2 | 1 | EA | 0 | .39 | .00 | .00 | |
| 888606 | Vendor:  MOLDEX<br>Vend Cat#:  2201N95 | MASK, RESPIRATOR-DISP N95-INDU<br>PO LN 3 | 4 | CS | 4 | 367.60 | 1470.40 | .00 | |
| | Tracking #   1Z88W8R40316925851 | | | | | | | | |
| | Shipped: 01/11/2021  From: Lehigh Valley  Via: UPS GROUND | | | | | | | | |

| SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|
| $1,470.40 | $0.00 | $0.00 | $1,470.40 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M°KESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| | | | |
|---|---|---|---|
| **Account Number** | 60386336 | | |
| **Document Number** | 17635628 | Date | 01/11/2021 |
| | | Terms | AR NET 30 DAYS |
| **Pay This Amount Before** | 02/10/2021 | | $1,470.40 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
  MCKESSON MEDICAL SURGICAL
  PO BOX 51020
  LOS ANGELES  CA 90051-5320

# M^cKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Bill To:     60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL SURGICAL (HOUSTON)
20710 HEMPSTEAD RD
HOUSTON,TX 77065
SHIPPED FROM LICENSE: W002752

Shipped To:     60386338
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
21039 N GET AROUND DR
MARICOPA AZ  85138-3117

REGULATORY LICENSE:  40078

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:                1-800-755-2090

| Sales Order Number | 86409811 | Invoice Number | 17170000 |
|---|---|---|---|
| Sales Order Date | 11/29/2020 | Invoice Date | 12/28/2020 |
| PO Number | ROBERT MOLES | Payment Due Date | 01/27/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $332.00 |

Notes:     The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 341124 | Vendor:  BBRAUN Vend Cat#:   473012 | EXT SET, STD BORE 30" (100/CS) PO LN 1 | 200 | EA | 200 | 1.66 | 332.00 | .00 | |
| | Tracking #   1Z0868110323585447     1Z0868110323585456 | | | | | | | | |
| | Shipped: 12/28/2020  From: Houston   Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $332.00 | $0.00 | $0.00 | $332.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M^cKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 17170000 | Date | 12/28/2020 |
| | | Terms | AR NET 30 DAYS |
| Pay This Amount Before | 01/27/2021 | | $332.00 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL SURGICAL INC
16043 EL PRADO AVENUE
CHINO, CA 91708
SHIPPED FROM LICENSE: W000884

Bill To:    60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| Sales Order Number | 89169287 | Invoice Number | 17546136 |
|---|---|---|---|
| Sales Order Date | 12/20/2020 | Invoice Date | 01/07/2021 |
| PO Number | MARKCOHN20201221 | Payment Due Date | 02/06/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $20,718.96 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M  Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 1 | 131 | CS | 131 | 158.16 | 20718.96 | .00 | |

Shipped: 01/07/2021  From: Chino  Via: OLD DOMINION FREIGHT LINE

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $20,718.96 | $0.00 | $0.00 | $20,718.96 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

**Invoice**

# M<sup>c</sup>KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 17546136 | Date | 01/07/2021 |
| | Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | | 02/06/2021 | | $20,718.96 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# M᷇KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 1 of 1**

Shipped From:                                                  RCHE1DPD01
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE, AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

**CUSTOM GLASS AND SYNTHETIC DESIGN LLC**
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:            1-800-755-2090

| | | | |
|---|---|---|---|
| Sales Order Number | 87469420 | Invoice Number | 22638767 |
| Sales Order Date | 12/07/2020 | Invoice Date | 03/23/2021 |
| PO Number | MARKCOHN20201207 | Payment Due Date | 04/22/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $134.99 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1094550 | Vendor:  MOLDEX | MASK, RESPIRATOR-DISP N95-INDU | 5 | BX | 5 | 26.92 | 134.60 | .00 | |
| | Vend Cat#:  M2600N95 | PO LN 2 | | | | | | | |
| | Tracking #  082001379319 | | | | | | | | |
| | Shipped: 03/23/2021  From: Phoenix  Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE | 1 | EA | 1 | .39 | .39 | .00 | |
| | | PO LN 4 | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $134.99 | $0.00 | $0.00 | $134.99 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M᷇KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHE1DPD01

| | | | |
|---|---|---|---|
| **Account Number** | 60386336 | | |
| **Document Number** | 22638767 | Date | 03/23/2021 |
| Terms | | | AR NET 30 DAYS |
| **Pay This Amount Before** | 04/22/2021 | | $134.99 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES  CA 90051-5320

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Finance Charge Invoice**
Page: 1 of 3

Bill To:    60386336

Payment / Account Balance
Inquiries Phone:        1-800-453-5180

Customer Service Phone:   1-800-755-2090

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Customer Reference | |
|---|---|
| Document Number | 11596679 |
| Due Date | 03/31/2021 |
| Document Amount | $4,309.97 |

RCHAP6519

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/content/terms-of-sale-primary-care.
Customer is responsible for reviewing the Terms of Sale in full.

| Reason Code | Description | Amount |
|---|---|---|
| | Finance Charge | 4,309.97 |

| Document Number | Type | Doc. Date | Due Date | Reference |
|---|---|---|---|---|
| 17677771 | RI | 01/12/2021 | 02/11/2021 | MARKCOHN20201105 |
| 17706428 | RI | 01/12/2021 | 02/11/2021 | MARK COHEN |
| 16800864 | RM | 12/15/2020 | 12/15/2020 | PPE COMBO |
| 17836319 | RI | 01/15/2021 | 02/14/2021 | MARKCOHN20201105 |
| 15899046 | RI | 11/19/2020 | 12/19/2020 | PPE COMBO |
| 20150756 | RI | 01/20/2021 | 02/19/2021 | MARKCOHN20210120 |
| 20981139 | RI | 02/10/2021 | 03/12/2021 | MARKCOHN20210120 |
| 20166690 | RI | 01/20/2021 | 02/19/2021 | MARKCOHN20210120 |
| 20971563 | RI | 02/09/2021 | 03/11/2021 | MARKCOHN20210131 |
| 20239415 | RI | 01/22/2021 | 02/21/2021 | MARKCOHN20210109 |
| 20329007 | RI | 01/25/2021 | 02/24/2021 | ROBERT MOLES |
| 20332523 | RI | 01/25/2021 | 02/24/2021 | MARKCOHN20210125 |
| 20340118 | RI | 01/25/2021 | 02/24/2021 | MARKCOHN20210124 |

# MᶜKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Finance Charge Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | 60386336 |
|---|---|
| Document Number | 11596679 |
| Date | 03/31/2021 |
| Amount | $4,309.97 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES   CA  90051-5320

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Finance Charge Invoice**
Page: 2 of 3

Bill To:    60386336

| Reason Code | Description | | Amount |
|---|---|---|---|
| | Finance Charge | | |

| Document Number | Type | Doc. Date | Due Date | Reference |
|---|---|---|---|---|
| 20352298 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210126 |
| 20803633 | RI | 02/05/2021 | 03/07/2021 | MARKCOHN20210122 |
| 20378006 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210124 |
| 20768768 | RI | 02/04/2021 | 03/06/2021 | MARKCOHN20210204 |
| 20706796 | RI | 02/03/2021 | 03/05/2021 | MARKCOHN20210202 |
| 20717223 | RI | 02/03/2021 | 03/05/2021 | MARKCOHN20210203 |
| 20726029 | RI | 02/03/2021 | 03/05/2021 | MARKCOHN20210203 |
| 17260475 | RI | 12/30/2020 | 01/29/2021 | MARKCOHN20201221 |
| 20384042 | RI | 01/26/2021 | 02/25/2021 | MARKCOHN20210124 |
| 17170169 | RI | 12/28/2020 | 01/27/2021 | ROBERT MOLES |
| 17235431 | RI | 12/29/2020 | 01/28/2021 | BOB MOLES |
| 17170000 | RI | 12/28/2020 | 01/27/2021 | ROBERT MOLES |
| 17635628 | RI | 01/11/2021 | 02/10/2021 | MARKCOHN20201104 |
| 17006156 | RI | 12/21/2020 | 01/20/2021 | MARKCOHN20201221 |
| 17049504 | RI | 12/22/2020 | 01/21/2021 | MARKCOHN20201222 |
| 16955735 | RI | 12/18/2020 | 01/17/2021 | MIKE |
| 17546136 | RI | 01/07/2021 | 02/06/2021 | MARKCOHN20201221 |
| 17566973 | RI | 01/08/2021 | 02/07/2021 | MARKCOHN20201218 |
| 17597579 | RI | 01/08/2021 | 02/07/2021 | MARK COHEN |
| 20053896 | RM | 01/18/2021 | 01/18/2021 | PPE COMBO PACK |
| 20644598 | RI | 02/02/2021 | 03/04/2021 | MARKCOHN20210202 |
| 20667241 | RI | 02/02/2021 | 03/04/2021 | MARKCOHN20210202 |
| 20672669 | RI | 02/02/2021 | 03/04/2021 | MARKCOHN20210202 |

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Finance Charge Invoice**
Page: 3 of 3

Bill To:    60386336

| Reason Code | Description | Amount |
|---|---|---|
| | Finance Charge | |

| Document Number | Type | Doc. Date | Due Date | Reference |
|---|---|---|---|---|
| 21429945 | RI | 02/23/2021 | 03/25/2021 | MARKCOHN20210204 |
| 21611679 | RI | 02/26/2021 | 03/28/2021 | MARKCOHN20210225 |
| 21624270 | RI | 02/26/2021 | 03/28/2021 | MARKCOHN20210226 |
| 22936870 | RM | 03/30/2021 | 03/30/2021 | MARKCOHN20210303 |

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**                                    RCHAP6519

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
4250 PATRIOT DRIVE, STE 100
GRAPEVINE,TX 76051
SHIPPED FROM LICENSE: W001101

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| Sales Order Number | 93300964 | Invoice Number | 20378006 |
|---|---|---|---|
| Sales Order Date | 01/24/2021 | Invoice Date | 01/26/2021 |
| PO Number | MARKCOHN20210124 | Payment Due Date | 02/25/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $120,000.00 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1182130 | Vendor: 3M  Vend Cat#:   9010 | MASK, RESPIRATOR-DISP N95-INDU  PO LN 1 | 2000 | BX | 0 | 40.82 | .00 | .00 | |
| 960661 | Vendor: 3M  Vend Cat#:   9210+ | MASK, RESPIRATOR-DISP N95-INDU  PO LN 2 | 4000 | BX | 4000 | 30.00 | 120000.00 | .00 | |
| | Tracking #   502392672 | | | | | | | | |
| | Shipped: 01/26/2021  From: Dallas  Via: R&L CARRIERS | | | | | | | | |
| | | FUEL SURCHARGE  PO LN 3 | 1 | EA | 0 | .47 | .00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $120,000.00 | $0.00 | $0.00 | $120,000.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

**Invoice**

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233                                    RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20378006 | Date | 01/26/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/25/2021 | | $120,000.00 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# M⁰KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC (TEMPE)
7343-A SOUTH HARDY DRIVE
TEMPE,AZ 85283
SHIPPED FROM LICENSE: W000469

Bill To:     60386336

Shipped To:     62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 93300964 | Invoice Number | 20384042 |
| Sales Order Date | 01/24/2021 | Invoice Date | 01/26/2021 |
| PO Number | MARKCOHN20210124 | Payment Due Date | 02/25/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $81,640.47 |

Notes:  The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1182130 | Vendor:   3M<br>Vend Cat#:   9010 | MASK, RESPIRATOR-DISP N95-INDU<br>PO LN 1 | 2000 | BX | 2000 | 40.82 | 81640.00 | .00 | |
| | Tracking #   082001347616 | | | | | | | | |
| | Shipped: 01/26/2021   From: Phoenix   Via: PRIVATE FLEET | | | | | | | | |
| | | FUEL SURCHARGE<br>PO LN 3 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $81,640.47 | $0.00 | $0.00 | $81,640.47 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# M⁰KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20384042 | Date | 01/26/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 02/25/2021 | | $81,640.47 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
    MCKESSON MEDICAL SURGICAL
    PO BOX 51020
    LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC(GLENDALE H
140 EXCHANGE BOULEVARD
GLENDALE HEIGHTS,IL 60139
SHIPPED FROM LICENSE: W002515

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires 1-800-453-5180
Phone:
Customer Service Phone:    1-800-755-2090

| Sales Order Number | 94419627 | Invoice Number | 20644598 |
| Sales Order Date | 02/02/2021 | Invoice Date | 02/02/2021 |
| PO Number | MARKCOHN20210202 | Payment Due Date | 03/04/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $132.74 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 683455 | Vendor: DJORTH Vend Cat#: 11-0449-4 | ARM SLING, ULTRASLING III BLK PO LN 1 | 1 | EA | 1 | 132.74 | 132.74 | .00 | |
| | Tracking # 1Z6445310307563098 | | | | | | | | |
| | Shipped: 02/02/2021 From: Chicago Via: UPS GROUND | | | | | | | | |
| 286732 | Vendor: DEROYL Vend Cat#: 8788-50 | ARM SLING/ELEVATOR, COOL BLU W PO LN 2 | 1 | EA | 0 | 16.87 | .00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $132.74 | $0.00 | $0.00 | $132.74 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other document documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
| Document Number | 20644598 | Date | 02/02/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 03/04/2021 | | $132.74 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
4250 PATRIOT DRIVE, STE 100
GRAPEVINE,TX 76051
SHIPPED FROM LICENSE: W001101

Bill To:   60386336

Shipped To:   62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 94489230 | Invoice Number | 20667241 |
|---|---|---|---|
| Sales Order Date | 02/02/2021 | Invoice Date | 02/02/2021 |
| PO Number | MARKCOHN20210202 | Payment Due Date | 03/04/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $8,777.00 |

Notes:   The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.

Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1181774 | Vendor: PAH  Vend Cat#:  RP88020 | MASK, RESPIRATOR DISP N95 MEDI PO LN 1 | 100 | BX | 0 | 87.77 | .00 | .00 | |
| 1181773 | Vendor: PAH  Vend Cat#:  RP88010 | MASK, RESPIRATOR DISP N95 MEDI PO LN 2 | 100 | BX | 100 | 87.77 | 8777.00 | .00 | |
| | Tracking #  1Z7E08560338346140 | 1Z7E08560338346177 | 1Z7E08560338346186 | | | | | | |
| | Tracking #  1Z7E08560338346195 | 1Z7E08560338346202 | 1Z7E08560338346211 | | | | | | |
| | Tracking #  1Z7E08560338346220 | 1Z7E08560338346239 | 1Z7E08560338346248 | | | | | | |
| | Shipped: 02/02/2021  From: Dallas  Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $8,777.00 | $0.00 | $0.00 | $8,777.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 20667241 | Date | 02/02/2021 |
| | Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | | 03/04/2021 | | $8,777.00 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Bill To:    60386336

Shipped From:
MCKESSON MEDICAL SURGICAL INC
16043 EL PRADO AVENUE
CHINO,CA 91708
SHIPPED FROM LICENSE: W000884

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

Payment / Account Balance Inquires 1-800-453-5180
Phone:
Customer Service Phone:                1-800-755-2090

| Sales Order Number | 94489230 | Invoice Number | 20672669 |
|---|---|---|---|
| Sales Order Date | 02/02/2021 | Invoice Date | 02/02/2021 |
| PO Number | MARKCOHN20210202 | Payment Due Date | 03/04/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $8,777.00 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

## Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1181774 | Vendor: PAH  Vend Cat#:  RP88020 | MASK, RESPIRATOR DISP N95 MEDI PO LN 1 | 100 | BX | 100 | 87.77 | 8777.00 | .00 | |
| | Tracking #  1ZA465150356169893 | 1ZA465150356172398 | 1ZA465150356172405 | | | | | | |
| | Tracking #  1ZA465150356172414 | 1ZA465150356172423 | 1ZA465150356172432 | | | | | | |
| | Tracking #  1ZA465150356172441 | 1ZA465150356172450 | 1ZA465150356172469 | | | | | | |
| | Tracking #  1ZA465150356172478 | 1ZA465150356172487 | 1ZA465150356172496 | | | | | | |
| | Tracking #  1ZA465150356172503 | 1ZA465150356172512 | 1ZA465150356172521 | | | | | | |
| | Tracking #  1ZA465150356172530 | 1ZA465150356172585 | | | | | | | |

Shipped: 02/02/2021  From: Chino  Via: UPS GROUND

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20672669 | Date | 02/02/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 03/04/2021 | | $8,777.00 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>C</sup>KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:     60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

| Invoice Number 20672669 | PO Number MARKCOHN20210202 | Invoice Date | 02/02/2021 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | **SUB TOTAL** | | **FREIGHT** | | **TAX** | | **AMOUNT** |
| | | | $8,777.00 | | $0.00 | | $0.00 | | $8,777.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
3769 COMMERCE CENTER BLVD
BETHLEHEM,PA 18015
SHIPPED FROM LICENSE: W003344

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires 1-800-453-5180
Phone:
Customer Service Phone:        1-800-755-2090

| Sales Order Number | 94419627 | Invoice Number | 20706796 |
|---|---|---|---|
| Sales Order Date | 02/02/2021 | Invoice Date | 02/03/2021 |
| PO Number | MARKCOHN20210202 | Payment Due Date | 03/05/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $16.87 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

### Invoice Detail

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 286732 | Vendor:  DEROYL  Vend Cat#:  8788-50 | ARM SLING/ELEVATOR, COOL BLU W  PO LN 2 | 1 | EA | 1 | 16.87 | 16.87 | .00 | |
| | Tracking #   1Z88W8R40317449892 | | | | | | | | |
| | Shipped: 02/04/2021  From: Lehigh Valley  Via: UPS GROUND | | | | | | | | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $16.87 | $0.00 | $0.00 | $16.87 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# McKESSON

**Invoice**

**McKesson Medical-Surgical, Inc**
9954 Mayland Drive Suite 4000
Henrico, VA 23233

| Account Number | | 60386336 | | |
|---|---|---|---|---|
| Document Number | | 20706796 | Date | 02/03/2021 |
| | Terms | | AR NET 30 DAYS | |
| Pay This Amount Before | | 03/05/2021 | | $16.87 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
4250 PATRIOT DRIVE, STE 100
GRAPEVINE,TX 76051
SHIPPED FROM LICENSE: W001101

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:              1-800-755-2090

| | |
|---|---|
| Sales Order Number | 94597567 |
| Sales Order Date | 02/03/2021 |
| PO Number | MARKCOHN20210203 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE |

| | |
|---|---|
| Invoice Number | 20717223 |
| Invoice Date | 02/03/2021 |
| Payment Due Date | 03/05/2021 |
| Invoice Amount | $8,777.47 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1181774 | Vendor:  PAH  Vend Cat#:  RP88020 | MASK, RESPIRATOR DISP N95 MEDI  PO LN 1 | 100 | BX | 0 | 87.77 | .00 | .00 | |
| 1181773 | Vendor:  PAH  Vend Cat#:  RP88010 | MASK, RESPIRATOR DISP N95 MEDI  PO LN 2 | 100 | BX | 100 | 87.77 | 8777.00 | .00 | |
| | Tracking # | 1Z7E08560338379178 | 1Z7E08560338379187 | | 1Z7E08560338379196 | | | | |
| | Tracking # | 1Z7E08560338379203 | 1Z7E08560338379212 | | 1Z7E08560338379249 | | | | |
| | Tracking # | 1Z7E08560338379258 | 1Z7E08560338379267 | | 1Z7E08560338379276 | | | | |
| | Shipped: 02/03/2021  From: Dallas  Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE  PO LN 3 | 1 | EA | 1 | .47 | .47 | .00 | |

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

| | | | |
|---|---|---|---|
| Account Number | 60386336 | | |
| Document Number | 20717223 | Date | 02/03/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 03/05/2021 | | $8,777.47 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# MCKESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:      60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

| Invoice Number 20717223 | PO Number MARKCOHN20210203 | Invoice Date | 02/03/2021 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUB TOTAL | | FREIGHT | | TAX | | AMOUNT |
| | | | $8,777.47 | | $0.00 | | $0.00 | | $8,777.47 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# M$^c$KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 2**

RCHAP6519

Shipped From:
MCKESSON MEDICAL SURGICAL INC
16043 EL PRADO AVENUE
CHINO, CA 91708
SHIPPED FROM LICENSE: W000884

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 94597567 | Invoice Number | 20726029 |
|---|---|---|---|
| Sales Order Date | 02/03/2021 | Invoice Date | 02/03/2021 |
| PO Number | MARKCOHN20210203 | Payment Due Date | 03/05/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $8,777.00 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 1181774 | Vendor: PAH | MASK, RESPIRATOR DISP N95 MEDI | 100 | BX | 100 | 87.77 | 8777.00 | .00 | |
| | Vend Cat#:  RP88020 | PO LN 1 | | | | | | | |
| | Tracking #  1ZA465150356183813 | 1ZA465150356193928 | 1ZA465150356193937 | | | | | | |
| | Tracking #  1ZA465150356193946 | 1ZA465150356193982 | 1ZA465150356194025 | | | | | | |
| | Tracking #  1ZA465150356194070 | 1ZA465150356194105 | 1ZA465150356194114 | | | | | | |
| | Tracking #  1ZA465150356194123 | 1ZA465150356194132 | 1ZA465150356194141 | | | | | | |
| | Tracking #  1ZA465150356194383 | 1ZA465150356194392 | 1ZA465150356194418 | | | | | | |
| | Tracking #  1ZA465150356194427 | 1ZA465150356194436 | | | | | | | |

Shipped: 02/03/2021  From: Chino  Via: UPS GROUND

---

# M$^c$KESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20726029 | Date | 02/03/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 03/05/2021 | | $8,777.00 |

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
Please Remit To:
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# M<sup>c</sup>KESSON

**Invoice**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Page 2 of 2**

RCHAP6519

Bill To:      60386336
CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

Shipped To:
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ  85233-1295

| Invoice Number 20726029 | PO Number MARKCOHN20210203 | Invoice Date | 02/03/2021 |
|---|---|---|---|

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| | | | SUB TOTAL | | FREIGHT | | TAX | | AMOUNT |
| | | | $8,777.00 | | $0.00 | | $0.00 | | $8,777.00 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

Shipped From:
MCKESSON MEDICAL-SURGICAL INC
7701 FOOTHILLS BLVD
ROSEVILLE,CA 95747
SHIPPED FROM LICENSE: W003096

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires 1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 94756740 | Invoice Number | 20768768 |
|---|---|---|---|
| Sales Order Date | 02/04/2021 | Invoice Date | 02/04/2021 |
| PO Number | MARKCOHN20210204 | Payment Due Date | 03/06/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $305.44 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 986416 | Vendor: 3MPERS Vend Cat#: 8110S | MASK, RESPIRATOR-DISP N95-INDU PO LN 1 | 2 | CS | 2 | 152.72 | 305.44 | .00 | |
| | Tracking # 1Z7RY2290323784460 | | | | | | | | |
| | Shipped: 02/04/2021 From: Roseville Via: UPS GROUND | | | | | | | | |
| | | FUEL SURCHARGE PO LN 2 | 1 | EA | 0 | .47 | .00 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $305.44 | $0.00 | $0.00 | $305.44 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

# MCKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20768768 | Date | 02/04/2021 |
| Terms | | | AR NET 30 DAYS |
| Pay This Amount Before | 03/06/2021 | | $305.44 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES  CA 90051-5320

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

**Page 1 of 1**

RCHAP6519

Shipped From:

MCKESSON MEDICAL-SURGICAL INC
7701 FOOTHILLS BLVD
ROSEVILLE,CA 95747
SHIPPED FROM LICENSE: W003096

Bill To:    60386336

Shipped To:    62549202
CUSTOM GLASS & SYNTHETIC DESIGN LLC
1497 E BASELINE RD STE 101
GILBERT AZ 85233-1295

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ 85286-2541

Payment / Account Balance Inquires  1-800-453-5180
Phone:
Customer Service Phone:          1-800-755-2090

| Sales Order Number | 93173138 | Invoice Number | 20803633 |
|---|---|---|---|
| Sales Order Date | 01/22/2021 | Invoice Date | 02/05/2021 |
| PO Number | MARKCOHN20210122 | Payment Due Date | 03/07/2021 |
| Sales Rep Name | MORIN, MELANIE KELLY LUKE | Invoice Amount | $14,076.71 |

Notes:    The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/
content/terms-of-sale-primary-care. Customer is responsible for reviewing the Terms of Sale in full.
Please contact us regarding electronic payment options at MMS.Treasury@ McKesson.com

**Invoice Detail**

| Item Number | Vendor / Vendor Cat # | Description | Ordered | Unit | Shipped | Unit Price | Amount | Sales Tax | Codes (*) |
|---|---|---|---|---|---|---|---|---|---|
| 794716 | Vendor: AME3M Vend Cat#:  8210 | MASK, RESPIRATOR-DISP N95-INDU    PO LN 1 | 89 | CS | 89 | 158.16 | 14076.24 | .00 | |
| | Tracking #    08805418269 | | | | | | | | |
| | Shipped: 02/05/2021  From: Roseville  Via: OLD DOMINION FREIGHT LINE | | | | | | | | |
| | | FUEL SURCHARGE           PO LN 2 | 1 | EA | 1 | .47 | .47 | .00 | |

| | SUB TOTAL | FREIGHT | TAX | AMOUNT |
|---|---|---|---|---|
| | $14,076.71 | $0.00 | $0.00 | $14,076.71 |

The prices on this invoice may be subject to rebates, credits and other price adjustments. You are obligated to properly disclose and appropriately reflect all discounts, including rebates, in claims and costs submitted to federal and state government health care programs (including Medicare and Medicaid) and to provide this invoice and other discount documentation to government authorities on request, in accordance with all applicable laws and regulations, including 42 USC 1320a-7b(b) and the discount safe harbor. In addition, the purchase of products hereunder may qualify customer for discounts on certain purchases made under a distribution agreement between customer and McKesson Corporation.
PRICING IS CONFIDENTIAL AND PROPRIETARY.

---

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

**Invoice**

RCHAP6519

| Account Number | 60386336 | | |
|---|---|---|---|
| Document Number | 20803633 | Date | 02/05/2021 |
| | Terms | | AR NET 30 DAYS |
| Pay This Amount Before | 03/07/2021 | | $14,076.71 |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ 85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**
   MCKESSON MEDICAL SURGICAL
   PO BOX 51020
   LOS ANGELES  CA 90051-5320

# EXHIBIT 3

# EXHIBIT 3

**MCKESSON**

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

Account Number:  60386336

CUSTOM GLASS AND SYNTHETIC DESIGN LLC
3763 S HUDSON PL
CHANDLER AZ  85286-2541

**Reduce clutter and help the environment – by Going Paperless.**

**Did you know?** At McKesson Medical Surgical we print and mail over twenty-four million pieces of paper annually!

At McKesson Medical Surgical, we are committed to making a positive impact on the environment by developing and implementing effective green practices. Effective August 1st, 2021, we will be phasing out sending physical statements and invoices to customers. We have improved our systems and processes to allow you to view and pay your invoices in an efficient and secure environment online. This allows us to reduce the amount of paper you receive and improve the speed at which you can access your statement and invoices.

**For instant access to McKesson invoices, statements, or to make a payment on your account please visit: https://mms.mckesson.com/**

If you have any questions about how to access your invoices, statements, or how to make payments electronically, please reach out to your sales representative or email us at MMSGOGREEN@McKesson.com .

**What are the Benefits of Paperless statements and invoices?**

·       **FAST Receive an email notification when your invoices and statements are available and ready for payment.**

·       **SIMPLE Log into your account where you can easily view and pay your invoices 24/7/365.**

·       **SAFE Access your invoices and statements in a secure, encrypted system.**

·       **CONVENIENT Find all your documents in one location at any time. Customize account notifications.**

·       **GREEN No paper invoices and statements are involved; great for the environment!**

Thank you for your support in making this process change a success!

# McKESSON

| | |
|---|---|
| **CUSTOM GLASS AND SYNTHETIC DESIGN LLC** | **Previous Amount** $355,628.46 |
| **Account Number** 60386336 | **Payments** $0.00 |
| **Statement Date** 06/30/2021 | **Outstanding Transactions** $355,628.46 |
| **Statement Number** 8865172 | **New Transactions** $0.00 |
| | **Statement Total** $355,628.46 |
| Payment/Account Balance Inquiries: | Customer Service and Other Inquiries: |
| (800)453-5180 | (800)755-2090 |

| Aging by Due Date | Future | Current | 1 - 30 Past Due | 31 - 60 Past Due | 61 and Over Past Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 355,628.46 |

Notes:  The complete Terms of Sale that apply to this purchase are located at https://mms.mckesson.com/content/terms-of-sale-primary-care.
Customer is responsible for reviewing the Terms of Sale in full.

**Outstanding Charges**

PF column legend:   P = Past Due Item   F = Future Due Item   blank = Current Due Item

| Trans. Date | Due Date | Trans. Type | Invoice Number | Sales Order No | Purchase Order No | Original Invoice No. | Open Amount | P F |
|---|---|---|---|---|---|---|---|---|
| 12/15/2020 | 12/15/2020 | Credit Memo | 16800864 | 88207998 | PPE COMBO | 15899046 | 123,702.00- | P |
| 11/19/2020 | 12/19/2020 | Invoice | 15899046 | 85460369 | PPE COMBO | | 19,262.39 | P |
| 12/18/2020 | 01/17/2021 | Invoice | 16955735 | 89006398 | MIKE | | 5,061.51 | P |
| 01/18/2021 | 01/18/2021 | Credit Memo | 20053896 | 90109042 | PPE COMBO PACK | 15656460 | 42,967.68- | P |
| 12/21/2020 | 01/20/2021 | Invoice | 17006156 | 89169287 | MARKCOHN20201221 | | 10,597.11 | P |
| 12/22/2020 | 01/21/2021 | Invoice | 17049504 | 89431882 | MARKCOHN20201222 | | 14,076.63 | P |
| 12/28/2020 | 01/27/2021 | Invoice | 17170000 | 86409811 | ROBERT MOLES | | 332.00 | P |
| 12/28/2020 | 01/27/2021 | Invoice | 17170169 | 86408170 | ROBERT MOLES | | 331.18 | P |
| 12/29/2020 | 01/28/2021 | Invoice | 17235431 | 90108757 | BOB MOLES | | 331.57 | P |
| 12/30/2020 | 01/29/2021 | Invoice | 17260475 | 89169287 | MARKCOHN20201221 | | 948.96 | P |
| 01/07/2021 | 02/06/2021 | Invoice | 17546136 | 89169287 | MARKCOHN20201221 | | 20,718.96 | P |
| 01/08/2021 | 02/07/2021 | Invoice | 17566973 | 89043065 | MARKCOHN20201218 | | 1,154.48 | P |
| 01/08/2021 | 02/07/2021 | Invoice | 17597579 | 90230255 | MARK COHEN | | 1,067.97 | P |
| 01/11/2021 | 02/10/2021 | Invoice | 17635628 | 83588462 | MARKCOHN20201104 | | 1,470.40 | P |
| 01/12/2021 | 02/11/2021 | Invoice | 17677771 | 83791701 | MARKCOHN20201105 | | 1,069.04 | P |
| 01/12/2021 | 02/11/2021 | Invoice | 17706428 | 90230255 | MARK COHEN | | 9,291.90 | P |
| 01/15/2021 | 02/14/2021 | Invoice | 17836319 | 83791701 | MARKCOHN20201105 | | 610.88 | P |
| 01/20/2021 | 02/19/2021 | Invoice | 20150756 | 92800319 | MARKCOHN20210120 | | 119.09 | P |
| 01/20/2021 | 02/19/2021 | Invoice | 20166690 | 92892444 | MARKCOHN20210120 | | 9,964.55 | P |

**EXCEPT AS NECESSARY TO MEET YOUR REPORTING OBLIGATIONS TO REIMBURSING AGENGIES, INCLUDING MEDICARE AND MEDICAID, PRICING AND PURCHASING INFORMATION ARE CONFIDENTIAL AND PROPRIETARY.**

**Statement**

# McKESSON

McKesson Medical-Surgical, Inc
9954 Mayland Drive Suite 4000
Henrico, VA 23233

RCHAP6543

| | |
|---|---|
| **Account Number** | **60386336** |
| **Document Number** | **8865172** |
| **Date** | **06/30/2021** |
| **Amount** | **$355,628.46** |

CUSTOM GLASS AND SYNTHETIC DESIGN LLC

3763 S HUDSON PL
CHANDLER AZ  85286-2541

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.
**Please Remit To:**

MCKESSON MEDICAL SURGICAL
PO BOX 51020
LOS ANGELES CA  90051-5320

# McKESSON

**Statement**
RCHAP6543
**Page: 2 of 2**

| CUSTOM GLASS AND SYNTHETIC DESIGN LLC | |
|---|---|
| Account Number | 60386336 |
| Statement Date | 06/30/2021 |
| Statement Number | 8865172 |

| Trans. Date | Due Date | Trans. Type | Invoice Number | Sales Order No | Purchase Order No | Original Invoice No. | Open Amount | P F |
|---|---|---|---|---|---|---|---|---|
| 01/22/2021 | 02/21/2021 | Invoice | 20239415 | 91514134 | MARKCOHN20210109 | | 250.40 | P |
| 01/25/2021 | 02/24/2021 | Invoice | 20329007 | 93392664 | ROBERT MOLES | | 266.53 | P |
| 01/25/2021 | 02/24/2021 | Invoice | 20332523 | 93373721 | MARKCOHN20210125 | | 31.76 | P |
| 01/25/2021 | 02/24/2021 | Invoice | 20340118 | 93301052 | MARKCOHN20210124 | | 81,640.00 | P |
| 01/26/2021 | 02/25/2021 | Invoice | 20352298 | 93478252 | MARKCOHN20210126 | | 289.88 | P |
| 01/26/2021 | 02/25/2021 | Invoice | 20378006 | 93300964 | MARKCOHN20210124 | | 120,000.00 | P |
| 01/26/2021 | 02/25/2021 | Invoice | 20384042 | 93300964 | MARKCOHN20210124 | | 81,640.47 | P |
| 02/28/2021 | 02/28/2021 | Finance Charge | 11549335 | | | | 226.49 | P |
| 02/02/2021 | 03/04/2021 | Invoice | 20644598 | 94419627 | MARKCOHN20210202 | | 132.74 | P |
| 02/02/2021 | 03/04/2021 | Invoice | 20667241 | 94489230 | MARKCOHN20210202 | | 8,777.00 | P |
| 02/02/2021 | 03/04/2021 | Invoice | 20672669 | 94489230 | MARKCOHN20210202 | | 8,777.00 | P |
| 02/03/2021 | 03/05/2021 | Invoice | 20706796 | 94419627 | MARKCOHN20210202 | | 16.87 | P |
| 02/03/2021 | 03/05/2021 | Invoice | 20717223 | 94597567 | MARKCOHN20210203 | | 8,777.47 | P |
| 02/03/2021 | 03/05/2021 | Invoice | 20726029 | 94597567 | MARKCOHN20210203 | | 8,777.00 | P |
| 02/04/2021 | 03/06/2021 | Invoice | 20768768 | 94756740 | MARKCOHN20210204 | | 305.44 | P |
| 02/05/2021 | 03/07/2021 | Invoice | 20803633 | 93173138 | MARKCOHN20210122 | | 14,076.71 | P |
| 02/09/2021 | 03/11/2021 | Invoice | 20971563 | 94157668 | MARKCOHN20210131 | | 10,359.95 | P |
| 02/10/2021 | 03/12/2021 | Invoice | 20981139 | 92892444 | MARKCOHN20210120 | | 25,463.76 | P |
| 02/23/2021 | 03/25/2021 | Invoice | 21429945 | 94772943 | MARKCOHN20210204 | | 92.66 | P |
| 02/26/2021 | 03/28/2021 | Invoice | 21611679 | 97357003 | MARKCOHN20210225 | | 49,504.55 | P |
| 02/26/2021 | 03/28/2021 | Invoice | 21624270 | 97518880 | MARKCOHN20210226 | | 119.09 | P |
| 03/30/2021 | 03/30/2021 | Credit Memo | 22936870 | 1153168 | MARKCOHN20210303 | 22634446 | 10,280.40- | P |
| 03/31/2021 | 03/31/2021 | Finance Charge | 11596679 | | | | 4,309.97 | P |
| 03/01/2021 | 03/31/2021 | Invoice | 21677749 | 91514134 | MARKCOHN20210109 | | 1,103.27 | P |
| 03/15/2021 | 04/14/2021 | Invoice | 22266748 | 95336126 | MARKCOHN20210209 | | 276.14 | P |
| 03/19/2021 | 04/18/2021 | Invoice | 22512902 | 95336126 | MARKCOHN20210209 | | 306.30 | P |
| 03/22/2021 | 04/21/2021 | Invoice | 22564788 | 91514134 | MARKCOHN20210109 | | 367.60 | P |
| 03/23/2021 | 04/22/2021 | Invoice | 22634446 | 98142983 | MARKCOHN20210303 | | 10,280.87 | P |