Nancy K. Swift (SBN: 014910)
BUCHALTER
A Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Phone: 480.383.1800
Fax: 480.824.9400
Email: nswift@buchalter.com

Attorneys for Plaintiff McKesson Medical-Surgical Inc.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McKesson Medical-Surgical Inc., a Virginia corporation<br><br>Plaintiff,<br>v.<br><br>Custom Glass and Synthetic Design, LLC, a Wyoming limited liability company<br><br>Defendant. | Case No. _____<br><br>**PLAINTIFF'S FED. R. CIV. PROC. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, Plaintiff McKesson Medical-Surgical Inc., by and through counsel, states as follows:

McKesson Medical-Surgical Inc. is a wholly owned subsidiary of McKesson Corporation, which is a public corporation listed on the New York Stock Exchange under the ticker symbol MCK.

DATED: August 25, 2021        BUCHALTER

                      By:   /s/ Nancy K. Swift
                            Nancy K. Swift
                            16435 North Scottsdale Road, Suite 440
                            Scottsdale, AZ 85254-1754
                            Telephone: 480.383.1800
                            Fax: 480.824.9400
                            Attorneys for Plaintiff
                            McKesson Medical-Surgical, Inc.